M. P. No. 76-70. VIOLET M. CAVANAGH *v*. ROBERT D. CAVANAGH. Petition for writ of certiorari is assigned to the calendar for May 5, 1976 at 9:30 a.m. for oral argument. *Robert H. Breslin, Jr.*, for plaintiff-respondent. *George A. Ajootian*, for defendant-petitioner.

M. P. No. 76-82. THE MINDEN CORPORATION d/b/a PISCES EAST *v*. DEEB G. SARKAS, *Liquor Control Administrator*. Motion of the "122 Waterman Corporation et al." to file a brief as amicus curiae is granted. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler*, for petitioner. *Julius C. Michaelson*, Attorney General, *Forrest Avila*, Special Asst. Attorney General, for respondent. *Roberts & Willey Incorporated, Dennis J. Roberts II*, for amicus curiae.

M. P. No. 76-84. RALPH DE MASI *v*. JAMES W. MULLEN, *Warden*. Motion to withdraw the petition for habeas corpus is granted. Bevilacqua, C. J. not participating. *Kirk Y. Griffin*, Boston, Mass., *John F. Cicilline*, for petitioner. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for respondent.

M. P. No. 76-110. CAROL S. GRAY *v*. EUGENE P. PETIT, JR. *Registrar of Motor Vehicles*. Petition for writ of certiorari denied. *Charles Greenwood*, Rhode Island Legal Services, Inc., for petitioner. *Stephen F. Mullen*, Chief Legal Counsel, Office of Special Counsel, for respondent.